IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

v.  NO. 14-4327

TYRONE YANCEY

MOTION TO WITHDRAW AS COUNSEL

NOW COMES Counsel for Defendant-Appellant and moves to withdraw from the representation of this Defendant on appeal. In support of this motion, Counsel shows unto the Court the following:

1. On September 11, 2013, Defendant-Appellant pled guilty to a violation of 21 U.S.C. § 841(a)(1).

2. Defendant-Appellant waived his right to appeal in the plea agreement.

3. Defendant-Appellant was sentenced to 87 months imprisonment. After receiving his sentence, Defendant announced in open court that he wanted to appeal.

4. Accordingly, undersigned counsel filed Notice of Appeal on his behalf.

5. Counsel has previously advised Defendant-Appellant that pursuing an appeal would not be in his best interest.

6. At this time, Defendant-Appellant appears to be in transit and cannot be located by the undersigned in order to further discuss this matter, including notifying him of undersigned counsel's intention to withdraw pursuant to Local R. 46(d) and Defendant-Appellant's notice that he could respond within seven (7) days.

7. Counsel believes it will be in the best interest of Defendant-Appellant for this

Court to appoint new counsel in this case.

WHEREFORE, Appellant prays this Court will allow undersigned counsel to withdraw from the representation of Defendant-Appellant, and that this Court appoint new counsel to represent him.

Respectfully submitted. This the 21st day of May, 2014.

>ROBERT H. HALE, JR. & ASSOCIATES
>ATTORNEYS AT LAW, PC
>
>/s/ Robert H. Hale, Jr.
>Robert H. Hale, Jr. (CJA)
>North Carolina Bar No. 21352
>P.O. Box 1349
>Raleigh, NC 27602
>Tel. (919) 838-0058
>Fax (919) 833-9427
>robert@halecriminallaw.com

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Ms. Jennifer May-Parker
Assistant United States Attorney, E.D.N.C.
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

by electronic transmission.

This the 21st day of May, 2014.

                                  ROBERT H. HALE, JR. & ASSOCIATES
                                  ATTORNEYS AT LAW, PC


                                  /s/ Robert H. Hale, Jr.
                                  Robert H. Hale, Jr. (CJA)
                                  North Carolina Bar No. 21352
                                  P.O. Box 1349
                                  Raleigh, NC 27602
                                  Tel. (919) 838-0058
                                  Fax (919) 833-9427
                                  robert@halecriminallaw.com